

ACCEPTED
14-14-00470-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/10/2015 4:42:10 PM
CHRISTOPHER PRINE
CLERK

JESSICA Z. BARGER
barger@wrightclose.com

Board Certified Civil Appellate Law
Texas Board of Legal Specialization

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

9/10/2015 4:42:10 PM

CHRISTOPHER A. PRINE
Clerk

September 10, 2015

***Via Electronic Submission***
Hon. Christopher A. Prine
Clerk, Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, TX 77002

Re:   No. 14-14-00470-CV; *Robert S. Bennett v. Commission for Lawyer Discipline*; in the Fourteenth Court of Appeals.

Dear Mr. Prine:

Pursuant to the Court's request, please be advised that Jessica Z. Barger and Thomas C. Wright will present oral argument on behalf of Appellant, Robert S. Bennett in the above-referenced appeal.

Argument is scheduled for Wednesday, September 16, 2015, at 10:30 a.m. in the South Courtroom.

Sincerely,

/s/ *Jessica Z. Barger*
Jessica Z. Barger

JZB:jcr

***cc via electronic submission***

Robert M (Randy) Roach, Jr.        Linda A. Acevedo
Daniel W. Davis                    Timothy R. Bersch
ROACH & NEWTON, L.L.P.             STATE BAR OF TEXAS
111 Bagby Street, Suite 2650       600 Jefferson, Suite 1000
Houston, Texas 77002               Houston, Texas 77002